In the Matter of the Probate of the Last Will and Testament of Susan P. Cobb, Deceased.

(Submitted January 23, 1889; decided February 8, 1889.)

Appeal from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order

made the first Tuesday of June, 1887, which modified a decree of the surrogate of Orleans county and, as modified, affirmed it.

*Whedon & Ryan* for appellant.

*S. E. Filkins* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.